| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Sandra Alane Tyler (First Name, Middle Name, Last Name) | Social Security number or ITIN: xxx–xx–0973  EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:** (Spouse, if filing) (First Name, Middle Name, Last Name) | Social Security number or ITIN: _ _ _ _  EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: Eastern District of Texas | Date case filed for chapter: 7  5/30/24 | |
| Case number: 24–90128 | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sandra Alane Tyler | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1301 County Road 262  Nacogdoches, TX 75965 | |
| 4. | **Debtor's attorney**  Name and address | Stephen J. Zayler  123 E. Lufkin Avenue  PO Box 150743  Lufkin, TX 75915–0743 | Contact phone (936) 634–1020  Email: zayler@suddenlinkmail.com |
| 5. | **Bankruptcy trustee**  Name and address | Diane Carter  660 North Central Expressway  Ste. 101  Plano, TX 75074 | Contact phone 972–422–9377  Email: dsbarron@rbarronlaw.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Willow  Suite 112  Beaumont, TX 77701 | Hours open:  8:00 – 4:00  Contact phone 409–839–2617  Date: 5/31/24 |
| **7. Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 28, 2024 at 01:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 272 272 1076, and Passcode 7615298335, OR call 1–469–218–9154** |

**For additional meeting information go to https://www.justice.gov/ust/moc**

| | |
|---|---|
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

| | | |
|---|---|---|
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 8/27/24** |
| | **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | |
|---|---|
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

United States Bankruptcy Court
Eastern District of Texas

In re:  
Sandra Alane Tyler  
    Debtor

Case No. 24-90128-jps  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0540-9      User: admin      Page 1 of 2  
Date Rcvd: May 31, 2024      Form ID: 309A      Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Alane Tyler, 1301 County Road 262, Nacogdoches, TX 75965-7849 |
| 8423553 | | Attorney General, Taxation Division-Bankruptcy, Box 12548-Capitol Station, Austin TX 78711 |
| 8423559 | | Sears Card bankrutpcy ntcs, PO Box 6275, Sioux Falls SD 57117-6275 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: zayler@suddenlinkmail.com | May 31 2024 23:44:00 | Stephen J. Zayler, 123 E. Lufkin Avenue, PO Box 150743, Lufkin, TX 75915-0743 |
| tr | + | EDI: FDCARTER | Jun 01 2024 03:35:00 | Diane Carter, 660 North Central Expressway, Ste. 101, Plano, TX 75074-6759 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | May 31 2024 23:45:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8423554 | + | EDI: SYNC | Jun 01 2024 03:35:00 | Belk/Synchrony Bank, Attn: Bankruptcy Dept, P O Box 530940, Atlanta, GA 30353-0940 |
| 8423555 | | Email/Text: ldaniels@dochescu.com | May 31 2024 23:44:00 | Doches Credit Union, 920 NW Stallings Drive, Nacogdoches TX 75964 |
| 8423556 | + | EDI: CITICORP | Jun 01 2024 03:35:00 | Exxon Mobil/CBNA, P O Box 6497, Sioux Falls, SD 57117-6497 |
| 8423557 | | EDI: IRS.COM | Jun 01 2024 03:35:00 | Internal Revenue Service, Centralized Insolvency Operations, P O Box 7346, Philadelphia, PA 19101-7346 |
| 8423558 | + | EDI: SYNC | Jun 01 2024 03:35:00 | Lowes/Synchrony Bank, Bankruptcy Department, P O Box 965060, Orlando, FL 32896-5060 |
| 8423560 | | EDI: CITICORP | Jun 01 2024 03:35:00 | Shell Credit Card Center, P O Box 6406, Sioux Falls SD 57117-6406 |
| 8423561 | | Email/Text: zayler@suddenlinkmail.com | May 31 2024 23:44:00 | Stephen J. Zayler, P.O. Box 150743, Lufkin, Texas 75915 |
| 8423562 | | Email/Text: pacer@cpa.state.tx.us | May 31 2024 23:45:00 | Texas Comptroller of Public Accounts, P O Box 13528, Capitol Station, Austin, TX 78711-3528 |
| 8423563 | | Email/Text: collections.pacer@twc.texas.gov | May 31 2024 23:45:00 | Texas Workforce Commission, P O Box 149037, Austin, Tx 78714-9037 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Diane Carter | dsbarron@rbarronlaw.com  dbc@trustesolutions.net |
| Stephen J. Zayler | on behalf of Debtor Sandra Alane Tyler zayler@suddenlinkmail.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 3