Certificate Number: 03088-TXE-DE-038550864

Bankruptcy Case Number: 24-90128



03088-TXE-DE-038550864

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 6, 2024, at 11:09 o'clock PM CDT, Sandra H Tyler completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Texas.

Date: June 6, 2024

By: /s/Benjamin C Minnich

Name: Benjamin C Minnich

Title: Counselor